UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

  -V-                                  Case No. 23-cr-20451
                                       Hon. Jonathan J.C. Grey

TYLER ROSS,

       Defendant.
_____/

## **APPEARANCE**

      PLEASE ENTER my Appearance as counsel for Defendant Tyler Ross in the above case.

                                                     Respectfully submitted,

                                                     s/ Mark J. Kriger
                                                   MARK J. KRIGER (P30298)
                                                   Attorney for Defendant Ross
                                                 645 Griswold, Suite 1717
                                                 Detroit, Michigan  48226
                                                 (313) 967-0100
                                                 mkriger@sbcglobal.net

Dated: August 3, 2023