# EXHIBIT 2

University Courtyard 2018

| Acct | Account Description | Total Internal ROCO | Total to GSE | Total GSE Difference | Total to Buyer | Total Buyer Difference |
|---|---|---|---|---|---|---|
| 4105-0000 | Market Rent | $ 1,533,877.17 | $ 1,544,197.17 | $ 10,320.00 | $ 1,533,877.17 | $ - |
| 4110-0001 | Gain/Loss to Lease | $ (139,742.00) | $ (139,742.00) | $ - | $ (139,742.00) | $ - |
| 4110-0002 | Loss from Model | $ (15,840.00) | $ (12,960.00) | $ 2,880.00 | $ (10,080.00) | $ 5,760.00 |
| 4110-0003 | Loss from Down | $ (12,940.00) | $ (4,300.00) | $ 8,640.00 | n/a | $ 12,940.00 |
| 4112-0000 | Prior Period Rent Adjustment | $ (12,078.66) | $ 766.48 | $ 12,845.14 | $ 766.48 | $ 12,845.14 |
| 4114-9999 | TOTAL GROSS POTENTIAL RENT | $ 1,353,276.51 | $ 1,387,961.65 | $ 34,685.14 | $ 1,384,821.65 | $ 31,545.14 |
| 4125-0001 | Vacancy - Residential | $ (157,633.12) | $ (157,633.12) | $ - | $ (153,633.12) | $ 4,000.00 |
| 4130-0001 | Bad Debt Writeoff Rent | $ (54,822.03) | $ (15,185.83) | $ 39,636.20 | $ (21,445.56) | $ 33,376.47 |
| 4130-0003 | Bad Debt Recovery | $ 5,038.99 | $ 5,038.99 | $ - | $ 5,038.99 | $ - |
| 4140-0001 | Concessions - Upfront | $ (8,095.07) | $ (4,686.07) | $ 3,409.00 | $ (4,686.07) | $ 3,409.00 |
| 4140-0002 | Concessions - Ongoing | $ (56.00) | $ (56.00) | $ - | $ (56.00) | $ - |
| 4140-0004 | Concessions - Employee Apt | $ (8,529.65) | $ (8,529.65) | $ - | $ (8,529.65) | $ - |
| 4140-0005 | Concessions - Resident Relations | $ (1,060.34) | $ (786.34) | $ 274.00 | $ (786.34) | $ 274.00 |
| 4198-9999 | TOTAL RENT LOSSES | $ (225,157.22) | $ (181,838.02) | $ 43,319.20 | $ (184,097.75) | $ 41,059.47 |
| 4199-9999 | TOTAL RENTAL INCOME | $ 1,128,119.29 | $ 1,206,123.63 | $ 78,004.34 | $ 1,200,723.90 | $ 72,604.61 |
| 4201-0000 | Utility Income - Water/Sewer | $ 81,513.71 | $ 81,513.71 | $ - | $ 105,513.71 | $ 24,000.00 |
| 4203-0000 | Utility Income - Electric | $ 3,256.05 | $ 3,256.05 | $ - | $ 3,256.05 | $ - |
| 4204-0000 | Utility Income - Trash | $ 12,173.64 | $ 12,173.64 | $ - | $ 12,173.64 | $ - |
| 4205-0000 | Utility Income - Service Fees | $ 7,232.25 | $ 7,232.25 | $ - | $ 7,232.25 | $ - |
| 4299-9999 | TOTAL UTILITY INCOME | $ 104,175.65 | $ 104,175.65 | $ - | $ 128,175.65 | $ 24,000.00 |
| 4301-0000 | Late Charges | $ 33,117.51 | $ 33,117.51 | $ - | $ 33,117.51 | $ - |
| 4302-0000 | NSF Fees | $ 910.00 | $ 910.00 | $ - | $ 910.00 | $ - |
| 4303-0000 | Termination Fee | $ 24,537.31 | $ 24,537.31 | $ - | $ 24,537.31 | $ - |
| 4304-0000 | Application Fee | $ 3,761.00 | $ 3,761.00 | $ - | $ 3,761.00 | $ - |
| 4305-0000 | Administrative Fee | $ (2.75) | $ (2.75) | $ - | $ (2.75) | $ - |
| 4306-0000 | Transfer Fee | $ 1,000.00 | $ 1,000.00 | $ - | $ 1,000.00 | $ - |
| 4307-0000 | Cleaning and Damage Fee | $ 36,321.38 | $ 37,321.38 | $ 1,000.00 | $ 47,221.38 | $ 10,900.00 |
| 4310-0000 | Month to Month Income | $ 600.00 | $ 600.00 | $ - | $ 600.00 | $ - |
| 4311-0000 | Laundry Income | $ 113.50 | $ 113.50 | $ - | $ 113.50 | $ - |
| 4316-0000 | Pet Rent - On Going | $ (290.36) | $ (290.36) | $ - | $ (290.36) | $ - |
| 4317-0000 | Pet Fees - One Time | $ 1,150.00 | $ 1,150.00 | $ - | $ 1,150.00 | $ - |
| 4326-0000 | Pest Fees | $ 2,623.87 | $ 2,623.87 | $ - | $ 1,265.58 | $ (1,358.29) |
| 4327-2500 | Less: Insurance Fee Costs | $ (136.00) | $ (136.00) | $ - | $ (136.00) | $ - |
| 4327-5000 | Insurance Waiver Income | $ 13,980.00 | $ 13,980.00 | $ - | $ 13,980.00 | $ - |
| 4330-0000 | Violation Fees | $ 900.00 | $ 900.00 | $ - | $ 900.00 | $ - |
| 4333-0000 | Risk Mitigation Income | $ 14,940.00 | $ 11,220.00 | $ (3,720.00) | $ 11,220.00 | $ (3,720.00) |
| 4333-5000 | Less: Risk Mitigation Concession | $ (3,080.00) | $ (1,020.00) | $ 2,060.00 | $ (1,020.00) | $ 2,060.00 |
| 4390-0000 | Bad Debt Writeoff Other | $ (88,751.23) | Hide | $ 88,751.23 | n/a | $ 88,751.23 |

| Account | Description | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|
| 4399-9999 | TOTAL OTHER INCOME | $ 41,694.23 | $ 129,785.46 | $ 88,091.23 | $ 138,327.17 | $ 96,632.94 | |
| 4999-9999 | TOTAL REVENUE | $ 1,273,989.17 | $ 1,440,084.74 | $ 166,095.57 | $ 1,467,226.72 | $ 193,237.55 | |
| 5011-0000 | Grounds Contract | $ 13,775.28 | $ 13,775.28 | $ - | $ 13,775.28 | $ - | |
| 5012-0000 | Grounds Supplies | $ 654.10 | $ 654.10 | $ - | $ 654.10 | $ - | |
| 5013-0000 | Extermination Contract | $ (510.32) | $ (510.32) | $ - | $ (1,868.61) | $ (1,358.29) | |
| 5016-0000 | Irrigation | $ 393.23 | $ 393.23 | $ - | $ 393.23 | $ - | |
| 5017-0000 | Misc. Accrued Contract Services | $ - | $ - | $ - | $ - | $ - | |
| 5099-9999 | TOTAL CONTRACT SERVICES | $ 14,312.29 | $ 14,312.29 | $ - | $ 12,954.00 | $ (1,358.29) | |
| 5101-0000 | Appliance Supplies | $ 2,620.31 | $ 2,620.31 | $ - | $ 2,620.31 | $ - | |
| 5103-0000 | Building Repairs | $ 150.38 | $ 150.38 | $ - | $ 150.38 | $ - | |
| 5104-0000 | Doors / Keys/ Locks | $ 2,055.60 | $ 2,055.60 | $ - | $ 2,055.60 | $ - | |
| 5105-0000 | Electrical Supplies | $ 671.27 | $ 671.27 | $ - | $ 671.27 | $ - | |
| 5109-0000 | Glass / Screens | $ 815.40 | $ 815.40 | $ - | $ 815.40 | $ - | |
| 5110-0000 | HVAC Supplies & Repairs | $ 2,506.95 | $ 2,506.95 | $ - | $ 2,506.95 | $ - | |
| 5110-0001 | HVAC - Freon/Refrigerant | $ 1,101.22 | $ 1,101.22 | $ - | $ 1,101.22 | $ - | |
| 5117-0000 | Plumbing Supplies | $ 2,897.20 | $ 2,897.20 | $ - | $ 2,897.20 | $ - | |
| 5118-0000 | Pool Maintenance | $ 1,815.12 | $ 1,815.12 | $ - | $ 1,815.12 | $ - | |
| 5119-0000 | Roof / GutterRepairs | $ 121.30 | $ 121.30 | $ - | $ 121.30 | $ - | |
| 5122-0000 | Tools / Safety Equipment | $ 327.29 | $ 327.29 | $ - | $ 327.29 | $ - | |
| 5127-0000 | Misc. Maintenance / Repair | $ 1,386.22 | $ 1,386.22 | $ - | $ 1,386.22 | $ - | |
| 5129-0000 | Pool Supplies | $ (177.48) | $ 477.48 | $ 654.96 | $ (177.48) | $ - | |
| 5131-0000 | Misc Accrued Repairs and Maintenance | $ - | $ - | $ - | $ - | $ - | |
| 5199-9999 | TOTAL REPAIRS AND MAINTENANCE | $ 16,290.78 | $ 16,290.78 | $ - | $ 16,290.78 | $ - | |
| 5202-0000 | Alarm - Security/Fire Protection | $ 8,506.86 | $ 8,506.86 | $ - | $ (770.14) | $ (9,277.00) | |
| 5204-0000 | Alarm - Equipment Maintenance | $ 108.92 | $ 108.92 | $ - | $ 108.92 | $ - | |
| 5299-9999 | TOTAL SECURITY | $ 8,615.78 | $ 8,615.78 | $ - | $ (661.22) | $ (9,277.00) | |
| 5301-0000 | Blinds | $ 2,463.97 | $ 2,463.97 | $ - | $ 2,463.97 | $ - | |
| 5303-0000 | Carpet Cleaning | $ 7,184.21 | $ 7,184.21 | $ - | $ 7,184.21 | $ - | |
| 5304-0000 | Carpet Repairs | $ 547.38 | $ 547.38 | $ - | $ 547.38 | $ - | |
| 5305-0000 | Cleaning Supplies | $ 661.45 | $ 661.45 | $ - | $ 661.45 | $ - | |
| 5306-0000 | Light and Ceiling Fixtures | $ 2,366.98 | $ 2,366.98 | $ - | $ 2,366.98 | $ - | |
| 5308-0000 | Plumbing Fixtures | $ 594.78 | $ 594.78 | $ - | $ 594.78 | $ - | |
| 5312-0000 | Painting and Drywall Supplies | $ 3,239.31 | $ 3,239.31 | $ - | $ 3,239.31 | $ - | |
| 5313-0000 | Painting and Drywall Contract | $ 625.00 | $ 625.00 | $ - | $ 625.00 | $ - | |
| 5314-0000 | Cleaning Contract | $ 1,040.00 | $ 1,040.00 | $ - | $ 1,040.00 | $ - | |
| 5399-9999 | TOTAL TURNOVER | $ 18,723.08 | $ 18,723.08 | $ - | $ 18,723.08 | $ - | |
| 5401-0000 | Wages - Community Manager | $ 47,314.69 | $ 47,314.69 | $ - | $ 47,314.69 | $ - | |
| 5402-0000 | Wages - Assistant Manager | $ 30,424.06 | $ 30,424.06 | $ - | $ 30,424.06 | $ - | |
| 5403-0000 | Wages - Leasing | $ 33,524.67 | $ 33,524.67 | $ - | $ 33,524.67 | $ - | |

| Code | Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5404-0000 | Wages - Maintenance Supervisor | $ | 46,395.75 | $ | 46,395.75 | $ | - | $ | 46,395.75 | $ | - |
| 5405-0000 | Wages - Maintenance Tech | $ | 43,889.57 | $ | 43,889.57 | $ | - | $ | 43,889.57 | $ | - |
| 5407-0000 | Overtime - Leasing | $ | 1,553.74 | $ | 1,553.74 | $ | - | $ | 1,553.74 | $ | - |
| 5408-0000 | Overtime - Maintenance | $ | 6,004.54 | $ | 6,004.54 | $ | - | $ | 3,711.39 | $ | (2,293.15) |
| 5409-0000 | Bonuses | $ | 4,100.00 | $ | 2,100.00 | $ | (2,000.00) | $ | 2,100.00 | $ | (2,000.00) |
| 5410-0000 | Commissions - Leasing | $ | 12,821.67 | $ | 12,821.67 | $ | - | $ | 12,821.67 | $ | - |
| 5411-0000 | Payroll Taxes | $ | 18,607.62 | $ | 18,607.62 | $ | - | $ | 10,616.76 | $ | (7,990.86) |
| 5412-0000 | Workers Compensation | $ | 13,680.27 | $ | 13,680.27 | $ | - | $ | 3,986.82 | $ | (9,693.45) |
| 5414-0000 | Employee Recognition | $ | 464.82 | $ | 464.82 | $ | - | $ | 464.82 | $ | - |
| 5415-0000 | Employee Benefits | $ | 34,270.68 | $ | 34,270.68 | $ | - | $ | 22,654.70 | $ | (11,615.98) |
| 5416-0000 | 401K | $ | 2,054.71 | $ | 2,054.71 | $ | - | $ | 2,054.71 | $ | - |
| 5418-0000 | Payroll Processing Fees | $ | (4,141.89) | $ | (4,141.89) | $ | - | $ | (4,141.89) | $ | - |
| 5499-9999 | TOTAL PAYROLL | $ | 290,964.90 | $ | 288,964.90 | $ | (2,000.00) | $ | 257,371.46 | $ | (33,593.44) |
| 5501-0000 | Advertising - Internet | $ | 20,979.84 | $ | 20,979.84 | $ | - | $ | 20,979.84 | $ | - |
| 5502-0000 | Advertising - Print | $ | 2,903.06 | $ | 2,903.06 | $ | - | $ | 2,903.06 | $ | - |
| 5503-0000 | Advertising - Signage | $ | 558.13 | $ | 558.13 | $ | - | $ | 558.13 | $ | - |
| 5504-0000 | Advertising - Brochures | $ | 2,934.00 | $ | 2,934.00 | $ | - | $ | 2,934.00 | $ | - |
| 5511-0000 | Model Unit and Clubhouse Expenses | $ | 78.84 | $ | 78.84 | $ | - | $ | 78.84 | $ | - |
| 5512-0000 | Resident Relations | $ | 1,021.87 | $ | 1,021.87 | $ | - | $ | 1,021.87 | $ | - |
| 5513-0000 | Call Service - On Hold | $ | 996.00 | $ | 996.00 | $ | - | $ | 996.00 | $ | - |
| 5515-0000 | Marketing - Sales Support (LISA) | $ | 7,297.55 | $ | 4,595.15 | $ | (2,702.40) | $ | 2,427.18 | $ | (4,870.37) |
| 5519-0000 | Misc Accrued Marketing | $ | - | $ | 2,195.00 | $ | 2,195.00 | $ | (83.00) | $ | (83.00) |
| 5599-9999 | TOTAL MARKETING | $ | 36,769.29 | $ | 36,261.89 | $ | (507.40) | $ | 31,815.92 | $ | (4,953.37) |
| 5601-0000 | Legal / Court Fees - Collection | $ | 29,590.00 | $ | 24,270.00 | $ | (5,320.00) | $ | 23,870.00 | $ | (5,720.00) |
| 5602-0000 | Less: Legal Billed to Tenants | $ | (25,217.05) | $ | (25,217.05) | $ | - | $ | (25,217.05) | $ | - |
| 5603-0000 | Computer Costs | $ | 4,256.02 | $ | 4,256.02 | $ | - | $ | 4,256.02 | $ | - |
| 5604-0000 | Dues / Subscriptions | $ | 595.59 | $ | 595.59 | $ | - | $ | 595.59 | $ | - |
| 5605-0000 | Telephone- Office | $ | 6,172.82 | $ | 6,172.82 | $ | - | $ | 6,172.82 | $ | - |
| 5608-0000 | Credit Bureau | $ | 5,286.00 | $ | 5,286.00 | $ | - | $ | 5,286.00 | $ | - |
| 5609-0000 | Government Licenses & Fees | $ | 517.99 | $ | 517.99 | $ | - | $ | 517.99 | $ | - |
| 5610-0000 | Office Supplies | $ | 3,393.85 | $ | 3,393.85 | $ | - | $ | 3,393.85 | $ | - |
| 5612-0000 | Office Equipment Rental / Repair | $ | 653.49 | $ | 653.49 | $ | - | $ | 653.49 | $ | - |
| 5613-0000 | Postage | $ | 428.50 | $ | 428.50 | $ | - | $ | 428.50 | $ | - |
| 5615-0000 | Uniforms | $ | 1,704.74 | $ | 1,704.74 | $ | - | $ | 1,704.74 | $ | - |
| 5618-0000 | Shopping Reports | $ | 103.23 | $ | 103.23 | $ | - | $ | 103.23 | $ | - |
| 5619-0000 | Credit Card Fee Expense | $ | 190.13 | $ | 190.13 | $ | - | $ | 190.13 | $ | - |
| 5621-0000 | Meals and Entertainment | $ | 89.46 | $ | 89.46 | $ | - | $ | 89.46 | $ | - |
| 5623-0000 | Misc. Accrued Admin/Office | $ | - | $ | (6,520.51) | $ | (6,520.51) | $ | (6,454.65) | $ | (6,454.65) |
| 5699-9999 | TOTAL ADMIN/OFFICE | $ | 27,764.77 | $ | 15,924.26 | $ | (11,840.51) | $ | 15,590.12 | $ | (12,174.65) |

| Code | Description | Col A | Col B | Col C | Col D | Col E |
|---|---|---|---|---|---|---|
| 5701-0001 | Electricity - Common | $ 17,946.39 | $ 17,946.39 | $ - | $ 17,946.39 | $ - |
| 5701-0002 | Electricity - Vacant Units | $ 165,682.62 | $ 165,682.62 | $ - | $ 151,258.44 | $ (14,424.18) |
| 5701-0003 | Electricity - Late Fee | $ 257.45 | $ 257.45 | $ - | $ 257.45 | $ - |
| 5703-0001 | Water / Sewer - Common | $ 11,753.36 | $ 11,753.36 | $ - | $ 11,642.44 | $ (110.92) |
| 5703-0002 | Water / Sewer - Vacant Units | $ 134,849.08 | $ 134,849.08 | $ - | $ 78,892.43 | $ (55,956.65) |
| 5703-0003 | Water / Sewer - Late Fee | $ 551.97 | $ 551.97 | $ - | $ 551.97 | $ - |
| 5704-0001 | Cable TV | $ 72,101.69 | $ 60,043.39 | $ (12,058.30) | $ 60,043.39 | $ (12,058.30) |
| 5705-0001 | Trash/Dumpster | $ 19,160.90 | $ 19,160.90 | $ - | $ 19,160.90 | $ - |
| 5740-0000 | Utility Billing Service Fee | $ 12,052.05 | $ 12,052.05 | $ - | $ 12,052.05 | $ - |
| 5749-9999 | TOTAL UTILITIES | $ 434,355.51 | $ 422,297.21 | $ (12,058.30) | $ 351,805.46 | $ (82,550.05) |
| 5799-9999 | TOTAL CONTROLLABLE EXPENSES | $ 847,796.40 | $ 821,390.19 | $ (26,406.21) | $ 703,889.60 | $ (143,906.80) |
| 5801-0000 | Property Management Fee | $ 50,708.62 | $ 50,708.62 | $ - | $ 50,708.62 | $ - |
| 5802-0000 | Marketing Management Fee | $ 8,448.00 | $ 2,304.00 | $ (6,144.00) | $ 2,304.00 | $ (6,144.00) |
| 5809-9999 | TOTAL MANAGEMENT FEES | $ 59,156.62 | $ 53,012.62 | $ (6,144.00) | $ 53,012.62 | $ (6,144.00) |
| 5811-0000 | Insurance - Property | $ 17,311.84 | $ 17,311.84 | $ - | $ 16,920.43 | $ (391.41) |
| 5814-0000 | Security Deposit Bond | $ 1,130.00 | $ 1,130.00 | $ - | $ 1,130.00 | $ - |
| 5819-9999 | TOTAL INSURANCE | $ 18,441.84 | $ 18,441.84 | $ - | $ 18,050.43 | $ (391.41) |
| 5821-0000 | Taxes - Real Estate Ex | $ 47,844.73 | $ 47,844.73 | $ - | $ 47,844.73 | $ - |
| 5822-0000 | Taxes - Personal Prop Ex | $ 4,516.23 | $ 2,421.99 | $ (2,094.24) | n/a | $ (4,516.23) |
| 5829-9999 | TOTAL PROPERTY TAXES | $ 52,360.96 | $ 50,266.72 | $ (2,094.24) | $ 47,844.73 | $ (4,516.23) |
| 5999-9997 | TOTAL NONCONTROLLABLE EXPENSES | $ 129,959.42 | $ 121,721.18 | $ (8,238.24) | $ 118,907.78 | $ (11,051.64) |
| 5999-9998 | TOTAL OPERATING EXPENSES | $ 977,755.82 | $ 943,111.37 | $ (34,644.45) | $ 822,797.38 | $ (154,958.44) |
| 5999-9999 | NET OPERATING INCOME | $ 296,233.35 | $ 496,973.37 | $ 200,740.02 | $ 644,429.34 | $ 348,195.99 |