# EXHIBIT 4

| Property | 2018 NOI Provided to Buyer | 2018 Internal ROCO NOI |
|---|---|---|
| Abington | $ 1,473,591.02 | $ 1,196,823.81 |
| Arlington Place | $ 924,417.69 | $ 357,995.62 |
| Atwood Oaks | $ 589,633.21 | $ 336,283.21 |
| Barrington Park | $ 402,168.73 | $ 286,031.00 |
| Caleb's Creek | $ 632,086.28 | $ 509,140.86 |
| Chateau Glen Oaks | $ 840,064.53 | $ 711,311.53 |
| Chateau Royale | $ 397,104.09 | $ 251,924.81 |
| Cheswick Village | $ 959,392.07 | $ 680,998.83 |
| Colfax | $ 172,836.91 | $ 149,980.99 |
| Colonial Forest | $ 939,186.70 | $ 859,099.71 |
| Davis Gardens | $ 277,203.97 | $ 250,979.88 |
| East Gate | $ 436,532.61 | $ 391,248.53 |
| Edison Pointe | $ 2,062,184.34 | $ 1,802,583.61 |
| Forest View | $ 712,790.55 | $ 394,332.52 |
| Fox Chase | $ 1,741,058.67 | $ 1,625,421.67 |
| Galloway Village | $ 1,962,566.00 | $ 1,623,996.46 |
| Hallmark Gardens | $ 287,306.06 | $ 146,512.67 |
| Hickory Ridge | $ 2,141,007.00 | $ 1,418,956.74 |
| High Point In The Park | $ 640,773.34 | $ 474,041.20 |
| Hilliard Village | $ 2,120,138.40 | $ 1,767,567.86 |
| Kensington Square | $ 822,576.30 | $ 581,555.11 |
| Knoxville Pointe | $ 1,112,477.72 | $ 994,645.53 |
| Lakes at Ridgeway | $ 1,463,255.08 | $ 1,075,022.02 |
| Loganberry Ridge | $ 1,338,522.44 | $ 652,430.77 |
| Manchester Park | $ 345,259.34 | $ 163,794.52 |
| Mt. Moriah | $ 712,235.54 | $ 421,120.14 |
| North Gate | $ 319,118.02 | $ 220,349.20 |
| Northwood | $ 714,605.82 | $ 651,737.65 |
| Parkside Gardens | $ 960,276.21 | $ 560,086.62 |
| Pebble Creek | $ 401,461.45 | $ 178,104.91 |
| Quail Creek | $ 877,267.25 | $ 782,180.05 |
| Riverside Ranch (Student) | $ 1,847,025.81 | $ 1,616,078.08 |
| Shadow Creek | $ 1,236,468.57 | $ 1,092,627.34 |
| Steeplechase | $ 2,076,600.97 | $ 1,630,499.27 |
| Stonegate | $ 279,593.35 | $ (28,939.23) |
| The Advantages | $ 1,089,076.26 | $ 573,415.72 |
| Timber Ridge | $ 454,768.57 | $ 342,745.48 |
| University Courtyard (Student) | $ 644,429.34 | $ 296,233.35 |
| University Hill (Student) | $ 1,279,112.25 | $ 1,167,157.82 |
| Vista Place (Student) | $ 1,139,605.15 | $ 923,047.32 |
| Winchester Village | $ 460,538.32 | $ 414,015.75 |
| Winchester Woods | $ 677,202.79 | $ 556,970.50 |
| Woodlawn-Southwind | $ 616,818.80 | $ 221,685.97 |
|  | $ 40,580,337.52 | $ 30,321,795.40 |