# EXHIBIT 5

University Courtyard

| Acct | Account Description | Jan. 2018 Internal ROCO | Jan. 2018 to GSE | Jan. 2018 GSE Difference | Jan. 2018 to Buyer | Jan. 2018 Buyer Difference |
|---|---|---|---|---|---|---|
| 4105-0000 | Market Rent | $ 132,167.00 | $ 132,167.00 | $ - | $ 132,167.00 | $ - |
| 4110-0001 | Gain/Loss to Lease | $ (9,852.50) | $ (9,852.50) | $ - | $ (9,852.50) | $ - |
| 4110-0002 | Loss from Model | $ - | $ - | $ - | $ - | $ - |
| 4110-0003 | Loss from Down | $ (1,420.00) | $ (1,420.00) | $ - | n/a | $ 1,420.00 |
| 4112-0000 | Prior Period Rent Adjustment | $ (1,684.00) | $ 1,684.00 | $ 3,368.00 | $ 1,684.00 | $ 3,368.00 |
| 4114-9999 | TOTAL GROSS POTENTIAL RENT | $ 119,210.50 | $ 122,578.50 | $ 3,368.00 | $ 123,998.50 | $ 4,788.00 |
| 4125-0001 | Vacancy - Residential | $ (18,381.00) | $ (18,381.00) | $ - | $ (18,381.00) | $ - |
| 4130-0001 | Bad Debt Writeoff Rent | $ (5,400.04) | $ - | $ 5,400.04 | $ - | $ 5,400.04 |
| 4130-0003 | Bad Debt Recovery | $ - | $ - | $ - | $ - | $ - |
| 4140-0001 | Concessions - Upfront | $ (1,206.25) | $ (1,206.25) | $ - | $ (1,206.25) | $ - |
| 4140-0002 | Concessions - Ongoing | $ (56.00) | $ (56.00) | $ - | $ (56.00) | $ - |
| 4140-0004 | Concessions - Employee Apt | $ 185.04 | $ 185.04 | $ - | $ 185.04 | $ - |
| 4140-0005 | Concessions - Resident Relations | $ - | $ - | $ - | $ - | $ - |
| 4198-9999 | TOTAL RENT LOSSES | $ (24,858.25) | $ (19,458.21) | $ 5,400.04 | $ (19,458.21) | $ 5,400.04 |
| 4199-9999 | TOTAL RENTAL INCOME | $ 94,352.25 | $ 103,120.29 | $ 8,768.04 | $ 104,540.29 | $ 10,188.04 |
| 4201-0000 | Utility Income - Water/Sewer | $ 5,072.71 | $ 5,072.71 | $ - | $ 15,072.71 | $ 10,000.00 |
| 4203-0000 | Utility Income - Electric | $ 304.03 | $ 304.03 | $ - | $ 304.03 | $ - |
| 4204-0000 | Utility Income - Trash | $ 1,437.43 | $ 1,437.43 | $ - | $ 1,437.43 | $ - |
| 4205-0000 | Utility Income - Service Fees | $ 794.75 | $ 794.75 | $ - | $ 794.75 | $ - |
| 4299-9999 | TOTAL UTILITY INCOME | $ 7,608.92 | $ 7,608.92 | $ - | $ 17,608.92 | $ 10,000.00 |
| 4301-0000 | Late Charges | $ 2,100.00 | $ 2,100.00 | $ - | $ 2,100.00 | $ - |
| 4302-0000 | NSF Fees | $ 140.00 | $ 140.00 | $ - | $ 140.00 | $ - |
| 4303-0000 | Termination Fee | $ 7,829.00 | $ 7,829.00 | $ - | $ 7,829.00 | $ - |
| 4304-0000 | Application Fee | $ 185.00 | $ 185.00 | $ - | $ 185.00 | $ - |
| 4305-0000 | Administrative Fee | $ - | $ - | $ - | $ - | $ - |
| 4306-0000 | Transfer Fee | $ - | $ - | $ - | $ - | $ - |
| 4307-0000 | Cleaning and Damage Fee | $ 1,400.00 | $ 1,400.00 | $ - | $ 1,400.00 | $ - |
| 4310-0000 | Month to Month Income | $ 600.00 | $ 600.00 | $ - | $ 600.00 | $ - |
| 4311-0000 | Laundry Income | $ 113.50 | $ 113.50 | $ - | $ 113.50 | $ - |
| 4316-0000 | Pet Rent - On Going | $ (50.00) | $ (50.00) | $ - | $ (50.00) | $ - |
| 4317-0000 | Pet Fees - One Time | $ - | $ - | $ - | $ - | $ - |
| 4326-0000 | Pest Fees | $ - | $ - | $ - | $ - | $ - |
| 4327-2500 | Less: Insurance Fee Costs | $ - | $ - | $ - | $ - | $ - |
| 4327-5000 | Insurance Waiver Income | $ 2,100.00 | $ 2,100.00 | $ - | $ 2,100.00 | $ - |
| 4330-0000 | Violation Fees | $ - | $ - | $ - | $ - | $ - |
| 4333-0000 | Risk Mitigation Income | $ - | $ - | $ - | $ - | $ - |
| 4333-5000 | Less: Risk Mitigation Concession | $ - | $ - | $ - | $ - | $ - |
| 4390-0000 | Bad Debt Writeoff Other | $ (9,398.51) | $ - | $ 9,398.51 | n/a | $ 9,398.51 |
| 4399-9999 | TOTAL OTHER INCOME | $ 5,018.99 | $ 14,417.50 | $ 9,398.51 | $ 14,417.50 | $ 9,398.51 |
| 4999-9999 | TOTAL REVENUE | $ 106,980.16 | $ 125,146.71 | $ 18,166.55 | $ 136,566.71 | $ 29,586.55 |
| 5011-0000 | Grounds Contract | $ - | $ - | $ - | $ - | $ - |

| Code | Description | Col1 | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|---|---|
| 5012-0000 | Grounds Supplies | $ - | $ - | $ - | $ - | $ - |
| 5013-0000 | Extermination Contract | $ (384.96) | $ (384.96) | $ - | $ (384.96) | $ - |
| 5016-0000 | Irrigation | $ - | $ - | $ - | $ - | $ - |
| 5017-0000 | Misc. Accrued Contract Services | $ - | $ - | $ - | $ - | $ - |
| 5099-9999 | TOTAL CONTRACT SERVICES | $ (384.96) | $ (384.96) | $ - | $ (384.96) | $ - |
| 5101-0000 | Appliance Supplies | $ - | $ - | $ - | $ - | $ - |
| 5103-0000 | Building Repairs | $ - | $ - | $ - | $ - | $ - |
| 5104-0000 | Doors / Keys/ Locks | $ 394.26 | $ 394.26 | $ - | $ 394.26 | $ - |
| 5105-0000 | Electrical Supplies | $ 32.39 | $ 32.39 | $ - | $ 32.39 | $ - |
| 5109-0000 | Glass / Screens | $ - | $ - | $ - | $ - | $ - |
| 5110-0000 | HVAC Supplies & Repairs | $ 538.69 | $ 538.69 | $ - | $ 538.69 | $ - |
| 5110-0001 | HVAC - Freon/Refrigerant | $ - | $ - | $ - | $ - | $ - |
| 5117-0000 | Plumbing Supplies | $ 144.75 | $ 144.75 | $ - | $ 144.75 | $ - |
| 5118-0000 | Pool Maintenance | $ - | $ - | $ - | $ - | $ - |
| 5119-0000 | Roof / GutterRepairs | $ - | $ - | $ - | $ - | $ - |
| 5122-0000 | Tools / Safety Equipment | $ - | $ - | $ - | $ - | $ - |
| 5127-0000 | Misc. Maintenance / Repair | $ - | $ - | $ - | $ - | $ - |
| 5129-0000 | Pool Supplies | $ - | $ - | $ - | $ - | $ - |
| 5131-0000 | Misc Accrued Repairs and Maintenance | $ - | $ - | $ - | $ - | $ - |
| 5199-9999 | TOTAL REPAIRS AND MAINTENANCE | $ 1,110.09 | $ 1,110.09 | $ - | $ 1,110.09 | $ - |
| 5202-0000 | Alarm - Security/Fire Protection | $ 113.89 | $ 113.89 | $ - | $ - | $ (113.89) |
| 5204-0000 | Alarm - Equipment Maintenance | $ - | $ - | $ - | $ - | $ - |
| 5299-9999 | TOTAL SECURITY | $ 113.89 | $ 113.89 | $ - | $ - | $ (113.89) |
| 5301-0000 | Blinds | $ - | $ - | $ - | $ - | $ - |
| 5303-0000 | Carpet Cleaning | $ - | $ - | $ - | $ - | $ - |
| 5304-0000 | Carpet Repairs | $ - | $ - | $ - | $ - | $ - |
| 5305-0000 | Cleaning Supplies | $ 164.45 | $ 164.45 | $ - | $ 164.45 | $ - |
| 5306-0000 | Light and Ceiling Fixtures | $ 422.76 | $ 422.76 | $ - | $ 422.76 | $ - |
| 5308-0000 | Plumbing Fixtures | $ - | $ - | $ - | $ - | $ - |
| 5312-0000 | Painting and Drywall Supplies | $ - | $ - | $ - | $ - | $ - |
| 5313-0000 | Painting and Drywall Contract | $ - | $ - | $ - | $ - | $ - |
| 5314-0000 | Cleaning Contract | $ - | $ - | $ - | $ - | $ - |
| 5399-9999 | TOTAL TURNOVER | $ 587.21 | $ 587.21 | $ - | $ 587.21 | $ - |
| 5401-0000 | Wages - Community Manager | $ 2,923.08 | $ 2,923.08 | $ - | $ 2,923.08 | $ - |
| 5402-0000 | Wages - Assistant Manager | $ 2,371.85 | $ 2,371.85 | $ - | $ 2,371.85 | $ - |
| 5403-0000 | Wages - Leasing | $ 2,000.66 | $ 2,000.66 | $ - | $ 2,000.66 | $ - |
| 5404-0000 | Wages - Maintenance Supervisor | $ 3,697.63 | $ 3,697.63 | $ - | $ 3,697.63 | $ - |
| 5405-0000 | Wages - Maintenance Tech | $ 3,193.22 | $ 3,193.22 | $ - | $ 3,193.22 | $ - |
| 5407-0000 | Overtime - Leasing | $ 7.03 | $ 7.03 | $ - | $ 7.03 | $ - |
| 5408-0000 | Overtime - Maintenance | $ 189.38 | $ 189.38 | $ - | $ - | $ (189.38) |
| 5409-0000 | Bonuses | $ - | $ - | $ - | $ - | $ - |
| 5410-0000 | Commissions - Leasing | $ 73.36 | $ 73.36 | $ - | $ 73.36 | $ - |

| Code | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 5411-0000 | Payroll Taxes | $ | 1,502.99 | $ | 1,502.99 | $ | - | $ | - | $ | (1,502.99) |
| 5412-0000 | Workers Compensation | $ | 4,037.10 | $ | 4,037.10 | $ | - | $ | - | $ | (4,037.10) |
| 5414-0000 | Employee Recognition | $ | 56.08 | $ | 56.08 | $ | - | $ | 56.08 | $ | - |
| 5415-0000 | Employee Benefits | $ | 1,603.34 | $ | 1,603.34 | $ | - | $ | - | $ | (1,603.34) |
| 5416-0000 | 401K | $ | 147.54 | $ | 147.54 | $ | - | $ | 147.54 | $ | - |
| 5418-0000 | Payroll Processing Fees | $ | 119.78 | $ | 119.78 | $ | - | $ | 119.78 | $ | - |
| 5499-9999 | TOTAL PAYROLL | $ | 21,923.04 | $ | 21,923.04 | $ | - | $ | 14,590.23 | $ | (7,332.81) |
| 5501-0000 | Advertising - Internet | $ | 1,286.46 | $ | 1,286.46 | $ | - | $ | 1,286.46 | $ | - |
| 5502-0000 | Advertising - Print | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5503-0000 | Advertising - Signage | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5504-0000 | Advertising - Brochures | $ | 978.00 | $ | 978.00 | $ | - | $ | 978.00 | $ | - |
| 5511-0000 | Model Unit and Clubhouse Expenses | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5512-0000 | Resident Relations | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5513-0000 | Call Service - On Hold | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5515-0000 | Marketing - Sales Support (LISA) | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5519-0000 | Misc Accrued Marketing | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5599-9999 | TOTAL MARKETING | $ | 2,264.46 | $ | 2,264.46 | $ | - | $ | 2,264.46 | $ | - |
| 5601-0000 | Legal / Court Fees - Collection | $ | 900.00 | $ | 900.00 | $ | - | $ | 900.00 | $ | - |
| 5602-0000 | Less: Legal Billed to Tenants | $ | (1,445.00) | $ | (1,445.00) | $ | - | $ | (1,445.00) | $ | - |
| 5603-0000 | Computer Costs | $ | 12.60 | $ | 12.60 | $ | - | $ | 12.60 | $ | - |
| 5604-0000 | Dues / Subscriptions | $ | 9.55 | $ | 9.55 | $ | - | $ | 9.55 | $ | - |
| 5605-0000 | Telephone- Office | $ | 592.37 | $ | 592.37 | $ | - | $ | 592.37 | $ | - |
| 5608-0000 | Credit Bureau | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5609-0000 | Government Licenses & Fees | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5610-0000 | Office Supplies | $ | 945.95 | $ | 945.95 | $ | - | $ | 945.95 | $ | - |
| 5612-0000 | Office Equipment Rental / Repair | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5613-0000 | Postage | $ | 28.43 | $ | 28.43 | $ | - | $ | 28.43 | $ | - |
| 5615-0000 | Uniforms | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5618-0000 | Shopping Reports | $ | 50.00 | $ | 50.00 | $ | - | $ | 50.00 | $ | - |
| 5619-0000 | Credit Card Fee Expense | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5621-0000 | Meals and Entertainment | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5623-0000 | Misc. Accrued Admin/Office | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5699-9999 | TOTAL ADMIN/OFFICE | $ | 1,093.90 | $ | 1,093.90 | $ | - | $ | 1,093.90 | $ | - |
| 5701-0001 | Electricity - Common | $ | 1,947.11 | $ | 1,947.11 | $ | - | $ | 1,947.11 | $ | - |
| 5701-0002 | Electricity - Vacant Units | $ | 14,111.92 | $ | 14,111.92 | $ | - | $ | 14,111.92 | $ | - |
| 5701-0003 | Electricity - Late Fee | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5703-0001 | Water / Sewer - Common | $ | 678.70 | $ | 678.70 | $ | - | $ | 678.70 | $ | - |
| 5703-0002 | Water / Sewer - Vacant Units | $ | 11,273.48 | $ | 11,273.48 | $ | - | $ | - | $ | (11,273.48) |
| 5703-0003 | Water / Sewer - Late Fee | $ | - | $ | - | $ | - | $ | - | $ | - |
| 5704-0001 | Cable TV | $ | 5,783.14 | $ | 5,783.14 | $ | - | $ | 5,783.14 | $ | - |
| 5705-0001 | Trash/Dumpster | $ | 739.12 | $ | 739.12 | $ | - | $ | 739.12 | $ | - |
| 5740-0000 | Utility Billing Service Fee | $ | - | $ | - | $ | - | $ | - | $ | - |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5749-9999 | TOTAL UTILITIES | $ | 34,533.47 | $ | 34,533.47 | $ | - | $ | 23,259.99 | $ (11,273.48) |
| 5799-9999 | TOTAL CONTROLLABLE EXPENSES | $ | 61,241.10 | $ | 61,241.10 | $ | - | $ | 42,520.92 | $ (18,720.18) |
| 5801-0000 | Property Management Fee | $ | 4,673.53 | $ | 4,673.53 | $ | - | $ | 4,673.53 | $ - |
| 5802-0000 | Marketing Management Fee | $ | - | $ | - | $ | - | $ | - | $ - |
| 5809-9999 | TOTAL MANAGEMENT FEES | $ | 4,673.53 | $ | 4,673.53 | $ | - | $ | 4,673.53 | $ - |
| 5811-0000 | Insurance - Property | $ | 1,328.81 | $ | 1,328.81 | $ | - | $ | 1,328.81 | $ - |
| 5814-0000 | Security Deposit Bond | $ | - | $ | - | $ | - | $ | - | $ - |
| 5819-9999 | TOTAL INSURANCE | $ | 1,328.81 | $ | 1,328.81 | $ | - | $ | 1,328.81 | $ - |
| 5821-0000 | Taxes - Real Estate Ex | $ | 4,254.98 | $ | 4,254.98 | $ | - | $ | 4,254.98 | $ - |
| 5822-0000 | Taxes - Personal Prop Ex | $ | - | $ | - | $ | - | n/a | | $ - |
| 5829-9999 | TOTAL PROPERTY TAXES | $ | 4,254.98 | $ | 4,254.98 | $ | - | $ | 4,254.98 | $ - |
| 5999-9997 | TOTAL NONCONTROLLABLE EXPENSES | $ | 10,257.32 | $ | 10,257.32 | $ | - | $ | 10,257.32 | $ - |
| 5999-9998 | TOTAL OPERATING EXPENSES | $ | 71,498.42 | $ | 71,498.42 | $ | - | $ | 52,778.24 | $ (18,720.18) |
| 5999-9999 | NET OPERATING INCOME | $ | 35,481.74 | $ | 53,648.29 | $ | 18,166.55 | $ | 83,788.47 | $ 48,306.73 |