UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No. 23-20451
                                         Hon. Jonathan J. C. Grey

TYLER ROSS,

        Defendant.
_____/

**INDEX OF EXHIBITS TO RESPONSE TO GOVERNMENT'S SENTENCING GUIDELINES BRIEF**

| | |
|---|---|
| Exhibit One: | Expert Report |
| Exhibit Two: | "Issues List" prepared by Buyer |
| Exhibit Three: | Wikipedia Article about Buyer |
| Exhibit Four: | Public posting about loan performance |
| Exhibit Five: | Text messages regarding Buyer's satisfaction |
| Exhibit Six: | Transcript of telephone call about further purchases |
| Exhibit Seven: | Transcript of telephone call with Buyer |
| Exhibit Eight: | Transcript of meeting with Buyer |
| Exhibit Nine: | Emails regarding adjustments to T12s |
| Exhibit Ten: | Emails regarding T12s being "made up" |

Respectfully submitted,

| | |
|---|---|
| s/Mark J. Kriger | s/N. C. Deday LaRene |
| LaRene & Kriger, P.L.C. | LaRene & Kriger, P.L.C. |
| 645 Griswold Street, Suite 1717 | 1717 Penobscot Building |
| Detroit, Michigan  48226 | Detroit, Michigan 48226 |
| (313) 967-0100 | (313) 967-0100 |
| E-Mail: mkriger@sbcglobal.net | E-mail: d6644@deday.net |
| Michigan State Bar No. 30298 | Michigan Bar No. P16420 |

DATE: January 15, 2024