# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 23, 2025

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re: Case No. 24-1856, *USA v. Tyler Ross*
           Originating Case No. 2:23-cr-20451-1

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely,

                                      s/Abby Hahn
                                    for Gretchen Abruzzo, Case Manager

cc: Mr. Douglas A. Berman
     Mr. Mark J. Kriger
     Mr. Jeremy Raymond Sanders

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 24-1856

_____

Filed: April 23, 2025

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TYLER N. ROSS

      Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 03/31/2025 the mandate for this case hereby issues today.

COSTS: None